SAMUEL WEINSTEIN, Respondent, *v.* JOHN J. McELLIGOTT, as Trustee of the New York Fire Department Relief Fund, Appellant.

Argued May 26, 1939; decided June 19, 1939.

*William C. Chanler, Corporation Counsel (Paxton Blair and Alan M. Stroock, of counsel), for appellant.*

*Joseph W. Gottlieb and I. Louis Kottler* for respondent.

Judgment of Appellate Division reversed and judgment directed for the defendant in accordance with the submission, without costs. Held, that under the facts in this case there was no property subject to the garnishee execution. (*Roddy* v. *Valentine*, 268 N. Y. 228.) No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.